**STATE of Missouri, Respondent,**

v.

**Samuel AYE, Appellant.**

**No. WD 54445.**

Missouri Court of Appeals,
Western District.

Feb. 17, 1998.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ann R. Littell, Asst. Atty. Gen., Jefferson City, for respondent

Before ULRICH, C.J., and HOWARD and RIEDERER, JJ.

## ORDER

PER CURIAM.

Samuel Aye appeals his conviction for possession of a controlled substance on the premises of a correctional institution, section 217.360.1(1), RSMo 1994, and sentence as a prior offender to five years imprisonment. He claims that the trial court erred in admitting State's Exhibit 2, the cocaine allegedly found in Mr. Aye's socks, because the State failed to sufficiently establish the chain of

custody of the cocaine. The judgment of conviction is affirmed. Rule 30.25(b).